# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

WENDY M. DUREN,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-468-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Wendy M. Duren's appeal is dismissed.


PETER OPPENEER
_____
Peter Oppeneer, Clerk


/s/ M. Hardin                                          _____6/1/08_____
by Deputy Clerk                                                      Date